UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAHER MERHI,

                   Plaintiff,

-v-

BULLION EXCHANGES, LLC, *et al.*,

                   Defendants.

23-CV-4577 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on May 31, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than June 16, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by June 9, 2023.

    SO ORDERED.

Dated: June 2, 2023
       New York, New York

                                                  _____
                                                      J. PAUL OETKEN
                                                United States District Judge