```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHER MERHI,

        Plaintiff,

-against-

BULLION EXCHANGES, LLC, et al.,

        Defendants.

23-CV-4577 (JPO) (BCM)

**ORDER REGARDING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court originally scheduled a settlement conference to take place in this action on October 24, 2023. (Dkt. 16.) On October 20, 2023, the Court conducted a pre-settlement call with counsel, and, due to the parties' lack of readiness, adjourned the settlement conference to December 14, 2023. (Dkt. 25.) The Court then directed the parties to submit updated Confidential Settlement Letters and Acknowledgment Forms no later than December 8, 2023. (*Id.*)

    The Court has yet to receive an updated Confidential Settlement Letter or Acknowledgment Form from plaintiff. Plaintiff is therefore at risk of sanctions pursuant to Fed. R. Civ. P. 16(f)(1)(C) and (f)(2). Should plaintiff fail to submit these documents to chambers by **9:00 a.m.** on **December 13, 2023**, the Court will adjourn the settlement conference once more, and proceed to the question of sanctions.

Dated: New York, New York
       December 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**