UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAHER MERHI,

    Plaintiff,

-against-

BULLION EXCHANGES, LLC, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2023

23-CV-4577 (JPO) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has now twice attempted to hold a settlement conference in this action, only to adjourn each date due to the parties' lack of readiness. (*See* Dkts. 16, 25, 29.) For the reasons discussed on today's telephonic conference with counsel, the Court declines to reschedule the settlement conference at this time. Instead, the parties shall advise the undersigned Magistrate Judge by letter if and when they believe a judicially-supervised settlement conference is likely to be productive.

Dated: New York, New York
       December 14, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**